# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0931

VERSUS

JAMES D. MCINTOSH, II

**JULY 28, 2026**

---

In Re:    James D. McIntosh, II, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 21-CR9-146489.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the transcript of the trial court's July 27, 2026 ruling denying the motion to continue. Although it is not a violation of the Uniform Rules, this court cannot adequately review the district court's ruling herein. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before July 28, 2026 at 2 p.m. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                                EW
                                TPS
                                KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT